UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62598-CIV-SINGHAL

**IRAHETA MORALES, Rafael Antonio**,

    Petitioner,

        v.

**KRISTI NOEM**, Secretary of the United States Department of Homeland Security, in her official capacity; **U.S. Department of Homeland Security**; **TODD LYONS**, Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, in his official capacity; **U.S. Immigration and Customs Enforcement**; **Daren K. Margolin**, Director of the Executive Office for Immigration Review, in his official capacity; **Executive Office for Immigration Review**; **GARRETT RIPA**, Field Office Director for ICE's Enforcement and Removal Operations Field Office in Miami, Florida, in his official capacity; **Warden**, Broward Transitional Center, Broward County, Florida, in their official capacity; **PAMELA BONDI**, U.S. Attorney General,

    Respondents.

_____/

## ORDER ENJOINING TRANSFER OF PETITIONER OUTSIDE THE SOUTHERN DISTRICT OF FLORIDA PENDING RESOLUTION OF HABEAS PETITION

**THIS CAUSE** came before the Court for hearing on January 15, 2026, at 12:00pm, on Petitioner's Petition for Writ of Habeas Corpus (DE [1], [8]). Having considered the arguments of counsel and being otherwise fully advised, the Court finds that an order preserving jurisdiction is warranted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. Respondents, their agents, officers, employees, and all persons acting in concert with them are **ENJOINED** from transferring Petitioner, Rafael Antonio Iraheta Morales, from the Southern District of Florida, pending further order of this Court;

2. This Order is entered to preserve this Court's jurisdiction over the pending habeas corpus proceedings; and

3. Nothing in this Order shall be construed as a ruling on the merits of the Petition for Writ of Habeas Corpus.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 15th day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF.